NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AARON HEATH HARMON, DOC #469530, )
                               )
      Appellant,            )
                               )
v.                            )     Case No. 2D18-836
                               )
STATE OF FLORIDA,        )
                               )
      Appellee.           )
_____)

Opinion filed September 25, 2019.

Appeal from the Circuit Court for
Highlands County; Anthony L. Ritenour,
Judge.

Howard L. Dimmig, II, Public Defender,
and Steven L. Bolotin, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

      Affirmed.


SLEET, SALARIO, and BADALAMENTI, JJ., Concur.